# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 17-11437
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
August 6, 2018

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

JOSEPH RAY GONZALES-JACOBS,

Defendant-Appellant

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:16-CR-394-1

Before DAVIS, JONES, and DUNCAN, Circuit Judges.

PER CURIAM:*

The Federal Public Defender appointed to represent Joseph Ray
Gonzales-Jacobs has moved for leave to withdraw and has filed a brief in
accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States
v. Flores*, 632 F.3d 229 (5th Cir. 2011). Gonzales-Jacobs has not filed a
response. We have reviewed counsel's brief and the relevant portions of the
record reflected therein. We concur with counsel's assessment that the appeal

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH
CIR. R. 47.5.4.

No. 17-11437

presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.